handwritten: RECEIPT #141547

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO



In Re: Edward T. Poole
      Pamela S. Poole

          Debtor(s)

Case No. 05-17578-aih
Chapter 13
Judge: Arthur I. Harris

TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The above captioned case was plan dismissed. As a result, the Trustee has made a distribution to the following Creditor(s):

Wells Fargo                                   Check No. 290504       $14.75
Bankruptcy Department
One Home Campus
Des Moines, IA 50328-1001

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check.

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $14.75 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: August 25, 2006

                                              Craig Shopneck (#0009552)
                                              Chapter 13 Trustee
                                              200 Public Square
                                              BP Tower, Suite 3860
                                              Cleveland, OH 44114
                                              (216) 621-4268